UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOHN LARY,

    Plaintiff,

v.    Case No. CV-12-K-3509-NE

TRINITY PHYSICIAN FINANCIAL &
INSURANCE SERVICES, et al.,

    Defendants.

### Plaintiff's Response to Defendants' Document Request

Plaintiff responds to Defendant's "document request" contained in pages 11, 12, and 13 of "Defendants' First Set of Requests For Admission, Interrogatories and Document Requests" as follows:

The documents requested in requests #1 through #16 are present at the following locations (the first three of which are under Plaintiff's control and will be made available by the Plaintiff for Defendants' inspection at reasonable dates and time after reasonable notice:

809 Jacqueline Drive SE, Huntsville, AL 35802
600 St. Clair St. SW, Bldg. 5, Huntsville, AL 35801
604 Madison St. SE, Huntsville, AL 35801
Madison County Courthouse, Courthouse Square, Huntsville, AL
Alabama Supreme Court, Montgomery, AL
United States District Court, Northern District of Alabama, Huntsville, AL 35801
United States District Court, Southern District of New York, Foley Square, New York NY
United States District Court for District of Columbia, Washington, DC
Federal Building, Cain Street, Decatur, AL
Fulton County Courthouse, Atlanta, GA
United States Court of Appeals for the Eleventh Circuit, Atlanta, GA
United States Court of Appeals for the Second Circuit, New York, NY
Attorney for Republic of Cuba, case *Lary v. Republic of Cuba*
Attorney for Republic of China, case *Lary v. Republic of China (Government on Taiwan)*
Attorney for Peoples Republic of China, case *Jackson et al v. PRC*
U.S. Department of State, Washington, DC
United States Supreme Court, Washington, DC

                                              John Lary, Plaintiff
                                              809 Jacqueline Dr. SE
                                              Huntsville, AL  35802

1

CERTIFICATE OF SERVICE

I CERTIFY THAT I HAVE, this 27th day of December, upon opposing counsel by U.S. Mail postage prepaid addressed as follows:

| | |
|---|---|
| James K. Borcia | Peter S. Fruin |
| TRESSLER LLP | MAYNARD, COOPER & Gale, PC |
| 233 South Wacker Dr. | 1901 6TH Ave. N |
| Chicago, IL 60606 | 2400 Regions Harbert Plaza |
| jborcia@tresslerllp.com | Birmingham, AL 35203 |
| | pfruin@maynardcooper.com |

John Lary, Plaintiff