IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERH DIVISION

JOHN LARY

    Plaintiff

v.                                                Civil Action Number
                                                  5:12-CV-3509-AKK
TRINITY PHYSICIAN
FINANCIAL & INSURANCE
SERVICES, et al.,

    Defendants.

### PLAINTIFF'S SUPPLMENT TO DISCOVERY REQUEST

Attached is Exhibit "A" hereto is the computer print out of the Court's files provided by the Clerk of Court for Madison County, Alabama showing civil lawsuits in which John Lary is or was a party. Attached is Exhibit "B" hereto is the computer print out of the Court's files provided by the Clerk of Court for Madison County, Alabama showing civil lawsuits in which Internal Medicine Clinic is or was a party. Internal Medicine Clinic is a professional corporation owned and operated by John Lary.

                                  John Lary, Plaintiff pro se
                                  600 St. Clair St. SW
                                  Suite 12-B
                                  Huntsville, AL 35801
                                  Phone  (256) 533-1510
                                  johnlary@yahoo.com

CERTIFICATE OF SERVICE:

I certify that I have, this 6th day of February, 2013, served a copy of the foregoing by U.S. Mail, postage prepaid, at the following addresses:

James K. Borcia                           Peter S. Fruin
TRESSLER LLP                           MAYNARD, COOPER & GALE., PC
223 South Wacker Dr.                 1901 6th Ave. N.
Chicago, IL 60606                        2400 Regions Harbert Plaza
jborcia@tresslerllp.com              Birmingham, AL 35203

| Case Number | Name | JID | Charge | Status | DOB | Sex | Race | CA Date | CA Code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| 47-CV-2012-000742.00 | LARY JOHN | DSP | D/NYE JAMES DO | ACTIVE | | | | | | |
| 47-CV-2008-001187.00 | LARY JOHN | BEW | D/CITY OF HUNT | DISPOSED | | | | | | |
| 47-CV-2001-001618.80 | LARY JOHN | JPS | D/ON COURSE TE | DISPOSED | | | | | | |
| 47-CV-2003-000774.80 | LARY JOHN | BEW | D/GARDENER DAN | DISPOSED | | | | | | |
| 47-CV-2002-002609.80 | LARY JOHN | JPS | D/AMERICAN MED | DISPOSED | | | | | | |
| 47-CV-2004-001247.00 | LARY JOHN | JLB | D/DAIMLERCHRYS | M/FICHE | | | | 10/08/2004 | SUMMARY JUDGMENT | |
| 47-DV-2003-003046.00 | LARY JOHN | STM | DAMAGES | DISPOSED | | | | 05/07/2004 | BENCH VERDICT | |
| 47-CV-2003-001601.00 | LARY JOHN | LHL | D/RICE CARSTEN | DISPOSED | | | | 10/25/2003 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2003-000774.00 | LARY JOHN | BEW | D/GARDENER DAN | READY TR | | | | 04/09/2004 | SUMMARY JUDGMENT | |
| 47-CV-2002-002691.00 | LARY JOHN | LHL | D/J R PERFORMA | DISPOSED | | | | 04/01/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-002668.00 | LARY JOHN | BEW | D/MED DIRECT I | | | | | | | |
| 47-CV-2002-002669.00 | LARY JOHN | JPS | D/AMERICAN MED | DISPOSED | | | | 09/27/2004 | BENCH VERDICT | |
| 47-CV-2002-002363.00 | LARY JOHN | JLB | D/SEACOAST PHA | DISPOSED | | | | 06/05/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001951.00 | LARY JOHN | JLB | D/DIRECTV INC | DISPOSED | | | | 10/04/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001860.00 | LARY JOHN | LHL | D/FORT INKJET. | DISPOSED | | | | 02/14/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-001834.00 | LARY JOHN | LHL | D/THE CODING I | DISPOSED | | | | 02/14/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-001463.00 | LARY JOHN | BEW | D/MEDICAL COMM | DISPOSED | | | | 12/20/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-001464.00 | LARY JOHN | JLB | D/DOCISP.COM | DISPOSED | | | | 08/23/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001147.00 | LARY JOHN | EDF | D/QUALITY ASSU | DISPOSED | | | | 07/19/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-000885.00 | LARY JOHN | BEW | D/VISIONARY ME | DISPOSED | | | | 06/04/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-002546.00 | LARY JOHN | JPS | D/SUNNYMEDE PH | DISPOSED | | | | 02/22/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2001-002255.00 | LARY JOHN | JPS | D/AMERICA'S EN | DISPOSED | | | | 07/17/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2001-002284.00 | LARY JOHN | LHL | D/AMERICAN DIA | DISPOSED | | | | 04/24/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-002030.00 | LARY JOHN | LHL | D/COMARK BLDG | DISPOSED | | | | 10/19/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-002031.00 | LARY JOHN | JLB | D/PARTNERSHIP | DISPOSED | | | | 10/22/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-002032.00 | LARY JOHN | JPS | D/CHOLESTECH | DISPOSED | | | | 11/19/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-002033.00 | LARY JOHN | EDF | D/MED ALLIANCE | DISPOSED | | | | 02/06/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001884.00 | LARY JOHN | EDF | D/AMERICAN NOT | DISPOSED | | | | 11/15/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001885.00 | LARY JOHN | JPS | D/THE X-CHANGE | DISPOSED | | | | 08/20/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2001-001728.00 | LARY JOHN | BEW | D/AMNIS SYSTEM | DISPOSED | | | | 12/24/2002 | BENCH VERDICT | |
| 47-CV-2001-001617.00 | LARY JOHN | EDF | D/WWW.INSPECTE | DISPOSED | | | | 08/28/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001618.00 | LARY JOHN | JPS | D/ON COURSE TB | DISPOSED | | | | 09/27/2004 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2001-001421.00 | LARY JOHN | EDF | D/ALTANA INC | DISPOSED | | | | 10/09/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001412.00 | LARY JOHN | JLB | D/TRINITY BUSI | DISPOSED | | | | 09/26/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001290.00 | LARY JOHN | JLB | D/DYNAMIC CAP | DISPOSED | | | | 07/16/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2001-001291.00 | LARY JOHN | EDF | D/J CUNNINGHAM | DISPOSED | | | | 08/07/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001243.00 | LARY JOHN | JLB | D/ADVANCED TRA | DISPOSED | | | | 08/10/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001244.00 | LARY JOHN | EDF | D/LASER SOLUTI | DISPOSED | | | | 08/08/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-001101.00 | LARY JOHN | JPS | D/WILBURN MEDI | DISPOSED | | | | 08/22/2001 | DISMISSED W/PREJUDICE | |
| 47-CV-2001-000009.00 | LARY JOHN | BEW | D/FLORIDA INFU | DISPOSED | | | | 02/07/2001 | DISMISSED W/PREJUDICE | |
| 47-DV-1995-002263.00 | LARY JOHN | JPS | EVICTION | DISPOSED | | | | 12/21/1995 | OTHER | |
| 47-CV-2002-001913.00 | LARY JOHN DBA INTERNAL MEDICINE CLINIC | JLB | D/WARREN AVERE | DISPOSED | | | | 05/19/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001814.00 | LARY JOHN DBA INTERNAL MEDICINE CLINIC | LHL | D/DATAMED FORM | DISPOSED | | | | 09/12/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-001814.00 | LARY JOHN DBA INTERNAL MEDICINE CLINIC | JLB | D/INTERNAL MED | DISPOSED | | | | 07/07/2003 | DISMISSED W/PREJUDICE | |
| 47-CC-2005-000543.00 | LARY JOHN H | LWH | UNSAFE STRUCTURE | Bond | 05/04/1943 | M | W | 05/08/2008 | Nol pross | 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 |
| 47-CV-2001-001619.00 | LARY JOHN H | JLB | D/GETANSWERS.C | DISPOSED | | | | 09/28/2004 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-1998-000034.00 | LARY JOHN H | XXX | C/PACE JAMES | DISPOSED | | | | 09/15/2003 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-1997-002350.00 | LARY JOHN H | BRA | O/GALLOP ENTER | DISPOSED | | | | | | |
| 47-CV-1985-000124.00 | LARY JOHN H J | SAW | D/APPEAL DC | DISPOSED | | | | 04/03/1986 | JURY VERDICT | |
| 47-CV-2000-000111.80 | LARY JOHN H JR | JLB | D/VALIANT INSU | DISPOSED | | | | 06/30/2003 | OTHER | |
| 47-DV-2000-001230.00 | LARY JOHN H JR | STM | LEASE | DISPOSED | | | | 11/06/2000 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2000-000111.00 | LARY JOHN H JR | JLB | D/VALIANT INSU | READY TR | | | | 02/04/2001 | SETTLED/ANSWER WAIVER | |
| 47-CV-1998-001728.00 | LARY JOHN H JR | EDF | C/CONTRACT | DISPOSED | | | | 02/10/1999 | DISMISSED W/PREJUDICE | |
| 47-DV-1998-001302.00 | LARY JOHN H JR | KKH | LEASE AGREEMT | DISPOSED | | | | 08/24/1998 | DEFAULT JUDGMENT | |
| 47-SM-1998-000795.00 | LARY JOHN H JR | JPS | OPEN ACCOUNT | DISPOSED | | | | 04/07/1998 | DEFAULT JUDGMENT | |
| 47-CV-1997-002218.00 | LARY JOHN H JR | KKH | EVICTION | DISPOSED | | | | 12/10/1997 | BENCH VERDICT | |
| 47-SM-1996-003001.00 | LARY JOHN H JR | JPS | LEASE AGREEMT | DISPOSED | | | | 04/30/1997 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-DV-1996-002558.00 | LARY JOHN H JR | KKH | AGREEMENT | DISPOSED | | | | 05/20/1996 | DEFAULT JUDGMENT | |
| 47-DV-1995-002268.00 | LARY JOHN H JR | JPS | LEASE AGREEMT | DISPOSED | | | | 02/21/1996 | DEFAULT JUDGMENT | |
| 47-CV-1995-001786.00 | LARY JOHN H JR | EDF | C/CONTRACT | DISPOSED | | | | 01/24/1996 | DEFAULT JUDGMENT | |
| 47-DV-1995-000807.00 | LARY JOHN H JR | STM | CONTRACT | DISPOSED | | | | 09/28/1995 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-1994-000242.00 | LARY JOHN H JR | TNY | D/CONTRACT | M/FICHE | | | | 06/01/1994 | DEFAULT JUDGMENT | |
| 47-SM-1992-005998.00 | LARY JOHN H JR | HBL | OPEN ACCOUNT | DISPOSED | | | | 01/19/1994 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1992-005567.00 | LARY JOHN H JR | JPS | SERVICES REND | DISPOSED | | | | 05/13/1994 | DEFAULT JUDGMENT | |
| 47-SM-1992-005568.00 | LARY JOHN H JR | JPS | SERVICES REND | DISPOSED | | | | 12/02/1992 | DISMISSED W/PREJUDICE | |
| 47-SM-1992-005559.00 | LARY JOHN H JR | JPS | SERVICES REND | DISPOSED | | | | 05/13/1994 | DEFAULT JUDGMENT | |
| 47-SM-1992-005560.00 | LARY JOHN H JR | EDP | SERVICES REND | DISPOSED | | | | 12/06/1993 | DEFAULT JUDGMENT | |
| 47-SM-1992-005561.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 05/10/1994 | DEFAULT JUDGMENT | |
| 47-SM-1992-005562.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 06/30/1993 | TRANSFERRED TO STATE COURT | |
| 47-SM-1992-005563.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 01/09/1993 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1992-005564.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 02/11/1993 | BENCH VERDICT | |
| 47-SM-1992-004839.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 12/17/1992 | BENCH VERDICT | |
| 47-DV-1992-001588.00 | LARY JOHN H JR | EDF | BR CONTRACT | DISPOSED | | | | 09/16/1992 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1992-001741.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 07/16/1992 | DEFAULT JUDGMENT | |
| 47-SM-1992-000560.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 07/08/1992 | DEFAULT JUDGMENT | |
| 47-SM-1992-000561.00 | LARY JOHN H JR | HBL | ACCOUNT | DISPOSED | | | | 04/27/1993 | DEFAULT JUDGMENT | |
| 47-SM-1991-006169.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 07/10/1992 | DEFAULT JUDGMENT | |
| 47-SM-1991-004396.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 10/07/1991 | DEFAULT JUDGMENT | |
| 47-SM-1991-001529.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 04/01/1991 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1991-001438.00 | LARY JOHN H JR | JPS | SRVS RNDRD | DISPOSED | | | | 05/22/1991 | DEFAULT JUDGMENT | |
| 47-SM-1991-001439.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 09/18/1991 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-1991-000493.00 | LARY JOHN H JR | CLS | P/APPEAL DV | M/FICHE | | | | 07/22/1991 | DISMISSED W/PREJUDICE | |
| 47-DV-1990-002488.00 | LARY JOHN H JR | JPS | DAMAGES | DISPOSED | | | | 09/17/1991 | DEFAULT JUDGMENT | |
| 47-DV-1990-002239.00 | LARY JOHN H JR | HBL | LEASE AGREE | DISPOSED | | | | 09/17/1991 | DEFAULT JUDGMENT | |
| 47-SM-1990-003128.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 09/07/1990 | BENCH VERDICT | |
| 47-SM-1990-003129.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 03/19/1991 | DEFAULT JUDGMENT | |
| 47-SM-1990-003130.00 | LARY JOHN H JR | HBL | ACCOUNT | DISPOSED | | | | 09/21/1990 | OTHER | |
| 47-SM-1990-003131.00 | LARY JOHN H JR | JPS | SERVICES REND | DISPOSED | | | | 03/22/1991 | DEFAULT JUDGMENT | |
| 47-SM-1990-003132.00 | LARY JOHN H JR | EDF | SERVICES REND | DISPOSED | | | | 10/19/1990 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |

P 1/2    Madison County Circuit Court    EX A

| Case Number | Name | JID | Charge | Status | DOB | Sex | Race | CA Date | CA Code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| 47-SM-1990-003133.00 | LARY JOHN H JR | UPS | SERVICES REND | DISPOSED | | | | 02/19/1991 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1989-005618.00 | LARY JOHN H JR | HBL | SERVICES REND | DISPOSED | | | | 03/08/1990 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1989-003342.00 | LARY JOHN H JR | HBL | LEASE AGREEMT | DISPOSED | | | | 10/03/1989 | DEFAULT JUDGMENT | |
| 47-DV-1989-001664.00 | LARY JOHN H JR | EDF | BR OF LEASE | DISPOSED | | | | 10/22/1990 | DEFAULT JUDGMENT | |
| 47-CV-1989-001403.00 | LARY JOHN H JR | WDP | P/MONEY LENT | DISPOSED | | | | 01/03/1991 | BENCH VERDICT | |
| 47-SM-1989-002627.00 | LARY JOHN H JR | EDF | CONTRACT | DISPOSED | | | | 07/03/1989 | OTHER | |
| 47-SM-1989-001744.00 | LARY JOHN H JR | HBL | CONTRACT | DISPOSED | | | | 07/24/1989 | DEFAULT JUDGMENT | |
| 47-SM-1989-000093.00 | LARY JOHN H JR | HBL | | DISPOSED | | | | 04/28/1989 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1989-000094.00 | LARY JOHN H JR | EDF | | DISPOSED | | | | 04/28/1989 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1989-000006.00 | LARY JOHN H JR | HBL | | DISPOSED | | | | 07/17/1989 | CONSENT JUDGMENT | |
| 47-CV-1989-000085.00 | LARY JOHN H JR | EDF | | DISPOSED | | | | 06/08/1989 | CONSENT JUDGMENT | |

p 2/2

| Case Number | Name | JID | Charge | Status | DOB | Sex | Race | CA Date | CA Code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| 47-SM-2011-001317.00 | INTERNAL MEDICINE | CEH | GARNISHEE | DISPOSED | | | | | | |
| 47-SM-1988-001255.00 | INTERNAL MEDICINE & CARDIOLO | HBL | | DISPOSED | | | | 07/14/1988 | DEFAULT JUDGMENT | |
| 47-SM-2004-002007.00 | INTERNAL MEDICINE ASSOC. | STM | GARNISHEE | DISPOSED | | | | | | |
| 47-CV-2002-001859.80 | INTERNAL MEDICINE CLINIC | KKH | D/WORK-LOSS DA | DISPOSED | | | | | | |
| 47-CV-2002-002000.00 | INTERNAL MEDICINE CLINIC | BEW | D/TOM TAYLOR A | DISPOSED | | | | 03/04/2004 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-002364.00 | INTERNAL MEDICINE CLINIC | JLB | D/ZYMETX INC | DISPOSED | | | | 12/03/2004 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-002364.80 | INTERNAL MEDICINE CLINIC | KKH | D/ZYMETX INC | DISPOSED | | | | | | |
| 47-CV-2002-002202.00 | INTERNAL MEDICINE CLINIC | LHL | D/GERMED INC | DISPOSED | | | | 02/14/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-002000.00 | INTERNAL MEDICINE CLINIC | BEW | D/TOM TAYLOR A | DISPOSED | | | | 05/12/2003 | SUMMARY JUDGMENT | |
| 47-CV-2002-002001.00 | INTERNAL MEDICINE CLINIC | LHL | D/OPTIMA EDUCA | DISPOSED | | | | 07/01/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-002002.00 | INTERNAL MEDICINE CLINIC | EDF | D/WHITTEMORE E | DISPOSED | | | | 10/21/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-002003.00 | INTERNAL MEDICINE CLINIC | KKH | D/GENELEX CORP | READY TR | | | | 09/27/2004 | BENCH VERDICT | |
| 47-CV-2002-001952.00 | INTERNAL MEDICINE CLINIC | EDF | D/MSAVER RESOU | DISPOSED | | | | 10/18/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001953.00 | INTERNAL MEDICINE CLINIC | JLB | D/ENDOSOLUTION | DISPOSED | | | | 09/27/2004 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001954.00 | INTERNAL MEDICINE CLINIC | LHL | D/US MEDICAL I | DISPOSED | | | | 02/14/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-001955.00 | INTERNAL MEDICINE CLINIC | BEW | C/INTERNAL MED | DISPOSED | | | | | | |
| 47-CV-2002-001912.00 | INTERNAL MEDICINE CLINIC | EDF | D/MCR AMERICAN | DISPOSED | | | | 12/20/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001915.00 | INTERNAL MEDICINE CLINIC | JLB | D/IVAX LABORAT | DISPOSED | | | | 09/10/2004 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001916.00 | INTERNAL MEDICINE CLINIC | JLB | D/FLAGSTAFF IN | DISPOSED | | | | 03/11/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001917.00 | INTERNAL MEDICINE CLINIC | LHL | D/3001AD LLC | DISPOSED | | | | 02/10/2003 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-001918.00 | INTERNAL MEDICINE CLINIC | BEW | D/RAYTEL CARDI | DISPOSED | | | | 12/10/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001861.00 | INTERNAL MEDICINE CLINIC | JPS | D/RAISNER BARB | DISPOSED | | | | 09/20/2002 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-001862.00 | INTERNAL MEDICINE CLINIC | BEW | D/OFFICE EQUIP | DISPOSED | | | | 10/25/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001857.00 | INTERNAL MEDICINE CLINIC | LHL | D/MEDICAL EDUC | DISPOSED | | | | 04/10/2003 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001858.00 | INTERNAL MEDICINE CLINIC | JPS | D/CARDIO CONTR | DISPOSED | | | | 09/20/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001859.00 | INTERNAL MEDICINE CLINIC | KKH | D/WORK-LOSS DA | DISPOSED | | | | 11/22/2004 | SUMMARY JUDGMENT | |
| 47-CV-2002-001831.00 | INTERNAL MEDICINE CLINIC | JLB | D/MED BILLING | DISPOSED | | | | 03/05/2004 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-001832.00 | INTERNAL MEDICINE CLINIC | BEW | D/SURPLUS DATA | READY TR | | | | 01/14/2003 | DEFAULT JUDGMENT | |
| 47-CV-2002-001833.00 | INTERNAL MEDICINE CLINIC | EDF | D/UNIVERSAL ME | DISPOSED | | | | 10/16/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001835.00 | INTERNAL MEDICINE CLINIC | JLB | D/QLIDEL CORPO | DISPOSED | | | | 10/15/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001836.00 | INTERNAL MEDICINE CLINIC | JLB | D/CARDIODYNAMI | DISPOSED | | | | 11/26/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001787.00 | INTERNAL MEDICINE CLINIC | BEW | D/LASERSCOPE | DISPOSED | | | | 10/15/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001788.00 | INTERNAL MEDICINE CLINIC | EDF | D/AMERICAN MED | DISPOSED | | | | 10/18/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001789.00 | INTERNAL MEDICINE CLINIC | LHL | D/ADVANCED SOL | DISPOSED | | | | 02/10/2003 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-CV-2002-001786.00 | INTERNAL MEDICINE CLINIC | JPS | D/ALARA INC | READY TR | | | | 11/14/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001495.00 | INTERNAL MEDICINE CLINIC | LHL | D/MEDICAL MANA | DISPOSED | | | | 08/20/2002 | DISMISSED W/PREJUDICE | |
| 47-CV-2002-001496.00 | INTERNAL MEDICINE CLINIC | LHL | D/SCANSOFT INC | DISPOSED | | | | 04/03/2003 | DISMISSED W/O PREJUDICE/JURIS. OR PROS. | |
| 47-SM-1991-004232.00 | INTERNAL MEDICINE INFECTIOUS | EDF | WORK & LABOR | DISPOSED | | | | 09/13/1991 | DEFAULT JUDGMENT | |
| 47-SM-1991-002237.00 | INTERNAL MEDICINE INFECTIOUS | HBL | WORK & LABOR | DISPOSED | | | | 06/04/1991 | DEFAULT JUDGMENT | |
| 47-SM-1991-001680.00 | INTERNAL MEDICINE INFECTIOUS | EDF | WORK & LABOR | DISPOSED | | | | 08/16/1991 | DEFAULT JUDGMENT | |
| 47-SM-2012-001497.00 | INTERNAL MEDICINE SPECIALTY | ASA | GARNISHEE | DISPOSED | | | | | | |
| 47-CV-2012-000746.00 | INTERNAL MEDICINE SPECIALTY | WKB | C/HOFFMAN MARQ | ACTIVE | | | | | | |

Ex B