IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERH DIVISION

JOHN LARY
           Plaintiff

v.                             Civil Action Number
                              5:12-CV-3509-AKK

TRINITY PHYSICIAN
FINANCIAL & INSURANCE
SERVICES, et al.,
           Defendants.

### PLAINTIFF'S LOCAL RULE 26.1 DISCLOSURE STATEMENT

John Lary, the plaintiff pro se, makes the following disclosures to Defendant.

Persons who may possess discoverable personal knowledge about any factual issues:

1. The plaintiff, John Lary, whose office address is 600 St. Clair St. SW, Bldg. 5, Suite 12-B, Huntsville, Alabama 35801, telephone (256) 533-1510. He has knowledge about the receipt by his fax machine of two unsolicited fax advertisements, each advertising the commercial availability of Defendants goods or services, that form the basic of this suit, along with his office policy that his fax telephone number not be given out to any telephone callers who might ask for the number. He has knowledge about the nature of his medical physician's office and health care facility and about the fax telephone line that serves that.
2. The plaintiff's receptionist, Linda Mitchell, who may be contacted at 600 St. Clair St. SW, Bldg. 5, Suite 12-B, Huntsville, Alabama 35801, telephone (256) 533-1510. She has knowledge about plaintiff's policy prohibiting the release of plaintiff's fax telephone number to anyone except for those with a need to know.
3. The plaintiff's receptionist, wife, Sherry Lary, who may be contacted at 600 St. Clair St. SW, Bldg. 5, Suite 12-B, Huntsville, Alabama 35801, telephone (256) 533-1510. She has knowledge about plaintiff's policy prohibiting the release of plaintiff's fax telephone number to anyone except for those with a need to know.
4. The defendant, Joseph Hong, who possesses personal knowledge as to what entity he hired to transmit the fax advertisements that form the basis for this suit, the persons he dealt with respect to the fax advertisements, the purpose for which the fax advertisements were sent, the total number of fax advertisements that were sent to various fax recipients, and the customers that Trinity Physician Financial and Insurance Services gained as a result of the fax advertising campaign.

The only documents that plaintiff may use to support his claims are the two fax advertisements that for the basis for this suit. Plaintiff has mailed photocopies of both documents to defendants' attorneys and to defendant Joseph Hong. The originals are

1

kept in plaintiff's office and are available for defendants'' inspection there, after reasonable notice.

Plaintiff's computation of his damages are based on the statutory damages provided by the Telephone consumer Protection Act of 1991, which provides for minimum statutory damages of $500 per violation,

_____
John Lary, Plaintiff pro se
600 St. Clair St. SW
Suite 12-B
Huntsville, AL 35801
Phone  (256) 533-1510
johnlary@yahoo.com

CERTIFICATE OF SERVICE:

I certify that I have, this 18th day of February, 2013, served a copy of the foregoing by U.S. Mail, postage prepaid, at the following addresses:

James K. Borcia
TRESSLER LLP
223 South Wacker Dr.
Chicago, IL 60606
`jborcia@tresslerllp.com`

Peter S. Fruin
MAYNARD, COOPER & GALE., PC
1901 6th Ave. N.
2400 Regions Harbert Plaza
Birmingham, AL 35203

I further certify that I have, this 18th day of February, 2013, sent a copy of the foregoing by email to: `jborcia@tresslerllp.com`

_____
John Lary, Plaintiff pro se

2