IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN LARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 5:12-cv-3509-AKK |
| TRINITY PHYSICIAN ) | |
| FINANCIAL & INSURANCE ) | |
| SERVICES, a foreign ) | |
| corporation, and JOSEPH ) | |
| HONG, an individual, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court **GRANTS** Plaintiff Dr. John Lary's motion for default judgment against Defendants Trinity Physician Financial & Insurance Services and Joseph Hong (collectively "Defendants"). Doc. 45. The complaint establishes that Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (b)(1)(C) and (b)(A)(i), on March 5, 2012 and October 2, 2012 by sending unsolicited information to Dr. Lary's telephone facsimile machine. Doc. 1 at 3. However, Dr. Lary failed to establish that Defendants willfully or knowingly violated the statutes. Therefore, pursuant to 47 U.S.C. § 227(b)(3)(B), which states in relevant part that Dr. Lary can "receive $500 in damages for each [ ]

violation," i.e. one recovery for each call that violated the statute, it is hereby

**ORDERED** that judgment by default is due to be rendered in favor of Dr. Lary and against Defendants in the amount of $1,000.  This case is hereby dismissed with prejudice.

Done the 15th day of November, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE